Clear Form

AO 440 (Rev. 03/08)  Civil Summons (cand 6/08)

# UNITED STATES DISTRICT COURT

for the

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HUGO ZALDANA, individually and on behalf of all others similarly situated, <br><br> Plaintiff <br> v. <br> KB HOME, a Delaware corporation; <br><br> (additional defendants continued on attachment) <br><br> Defendant | ) ) ) ) ) ) ) ) ) ) |

*EDI*

**CV** Civil Action No. **08**    **3399**

### Summons in a Civil Action

To: KB HOME, a Delaware corporation; (additional defendants continued on attachment)

*(Defendant's name)*

A lawsuit has been filed against you.

Within  30  days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

BRAYTON PURCELL LLP
ALAN R. BRAYTON (Bar No. 73685)
PETER B. FREDMAN (Bar No. 189097)
CHARLOTTE E. SCOTT (Bar No. 225581)
222 Rush Landing Road
Novato, CA 94948-6169
Telephone:  (415) 898-1555
Facsimile:  (415) 898-1247

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

JUL  1 5  2008

Date: _____

Richard W. Wieking
_____
Name of clerk of court

**ANNA SPRINKLES**
_____
Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

Civil Summons (Page 2)

## Proof of Service

under penalty of perjury that I served the summons and complaint in this case on _____,

personally delivering a copy of each to the individual at this place, _____; or

leaving a copy of each at the individual's dwelling or usual place of abode with _____
who resides there and is of suitable age and discretion; or

(3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is
_____; or

(4) returning the summons unexecuted to the court clerk on _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

Date: _____

_____
Server's signature

_____
Printed name and title

_____
Server's address

ALDANA, et al., v. KB HOME, a Delaware corporation, et al.,

**Summons in a Civil Action**

**Additional Parties Attachment**

Defendants:

HOMESAFE ESCROW COMPANY, a Delaware corporation; COUNTRYWIDE
FINANCIAL CORPORATION, a Delaware corporation; COUNTRYWIDE HOME
LOANS, INC., a New York corporation; COUNTRYWIDE MORTGAGE VENTURES,
L.L.C., a Delaware company; LANDSAFE, INC., a Delaware corporation; LANDSAFE
APPRAISAL SERVICES, INC., a California corporation; and DOES 1-100, inclusive,

Defendants.

**SUMMONS ADDITIONAL PARTIES ATTACHMENT**