1  **LAW OFFICES OF PETER B. FREDMAN**
   PETER B. FREDMAN (Bar No. 189097)
2  1917 Carleton St.
   Berkeley, California 94704
3  Telephone: (510) 414-5432
   Facsimile: (510) 486-8739
4  Email: peterfredman@sbcglobal.net

5

6                        UNITED STATES DISTRICT COURT

7                        NORTHERN DISTRICT OF CALIFORNIA

8                            SAN FRANCISCO DIVISION

9
   HUGO ZALDANA, individually and on behalf of )  Case No. C 08-3399 EDL
10 all others similarly situated,                )
                                                 )
11                                               )  **STIPULATION AND [PROPOSED]**
                    Plaintiff,                    )  **ORDER FOR SUBSTITUTION OF**
12                                               )  **ATTORNEY FOR PLAINTIFF**
         v.                                      )  **HUGO ZALDANA**
13                                               )
                                                 )
14 KB HOME, a Delaware corporation; HOMESAFE )
   ESCROW COMPANY, a Delaware corporation;       )
15 COUNTRYWIDE FINANCIAL                          )
   CORPORATION, a Delaware corporation;          )
16 COUNTRYWIDE HOME LOANS, INC., a New           )
   York corporation; COUNTRYWIDE                 )
17 MORTGAGE VENTURES, L.L.C., a Delaware         )
   company; LANDSAFE, INC., a Delaware           )
18 corporation; LANDSAFE APPRAISAL              )
   SERVICES, INC., a California corporation; and )
19 DOES 1-100, inclusive,                        )
                                                 )
20                                               )
                                                 )
21                 Defendants.                   )
                                                 )
22

23 TO THE COURT AND ALL PARTIES AND THEIR ATTORNEYS FO RECORD:

24      PLEASE TAKE NOTICE that plaintiff Hugo Zaldana hereby makes the following

25 substitution of attorneys in the above entitled action:

26 ///

27 ///

28 ///

                                        1

1    Former Attorneys:

2        BRAYTON PURCELL LLP
         ALAN R. BRAYTON (Bar No. 73685)
3        PETER B. FREDMAN (Bar No. 189097)
         CHARLOTTE E. SCOTT (Bar No. 225581)
4        222 Rush Landing Road
         Novato, CA 94948-6169
5        Telephone: (415) 898-1555
         Facsimile: (415) 898-1247
6

7    Substitution:

8        LAW OFFICES OF PETER B. FREDMAN
         PETER B. FREDMAN (Bar No. 189097)
9        1917 Carleton St.
         Berkeley, California 94704
10       Telephone: (510) 414-5432
         Facsimile: (510) 486-8739
11       Email: peterfredman@sbcglobal.net

12

13                        **CONSENT**

14       The undersigned hereby consent to this substitution.

15                           LAW OFFICES OF PETER B. FREDMAN

16

17   Dated: August 25, 2008          By /s/ Peter Fredman
                                          Peter B. Fredman
18

19                           BRAYTON PURCELL LLP

20
     Dated: 8/26/08                   By
21                                        Lloyd F. LeRoy

22

23                        **ORDER**

24       Pursuant to this stipulation, and good cause appearing therefore,

25       IT IS SO ORDERED.

26

27   Dated: _____         _____
28                                    Hon.
                                      United States District Judge

STIPULATION AND [PROPOSED] ORDER FOR SUBSTITUTION
OF ATTORNEY FOR PLAINTIFF HUGO ZALDANA
CASE NO. 08-3399 EDL