Steve W. Berman
Thomas E. Loeser (Cal. Bar No. 202724)
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Fifth Avenue, Suite 2900
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com
toml@hbsslaw.com

Peter B. Fredman, Esq. (Cal. Bar No. 189097)
LAW OFFICE OF PETER B. FREDMAN
1917 Carleton St.
Berkeley, CA 94707
Telephone: (510) 486-8739
Facsimile: (510) 486-8739
peterfredman@sbcglobal.net

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HUGO ZALDANA, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>KB HOME, a Delaware corporation, HOMESAFE ESCROW COMPANY, a Delaware corporation; COUNTRYWIDE FINANCIAL CORPORATION, a Delaware corporation; COUNTRYWIDE HOME LOANS, INC., a New York corporation; COUNTRYWIDE MORTGAGE VENTURES, L.L.C., a Delaware company; LANDSAFE, INC., a Delaware corporation; LANDSAFE APPRAISAL SERVICES, INC., a California corporation; and DOES 1-100, inclusive,<br><br>Defendants. | No. CV 08-3399-EDL |

## **NOTICE OF ASSOCIATION OF COUNSEL**

TO: ALL PARTIES AND THEIR COUNSEL OF RECORD

PLEASE TAKE NOTICE that effective August 26, 2008, Steve W. Berman and Thomas E. Loeser, of the law firm of Hagens Berman Sobol Shapiro LLP, are now

1  associated as counsel for plaintiff.  Copies of future correspondence and service should
2  be addressed as follows:

>  Steve W. Berman
>  Thomas E. Loeser
>  HAGENS BERMAN SOBOL SHAPIRO LLP
>  1301 Fifth Avenue, Suite 2900
>  Seattle, WA 98101
>  Telephone:  (206) 623-7292
>  Facsimile:  (206) 623-0594
>  steve@hbsslaw.com
>  toml@hbsslaw.com

DATED:  August 27, 2008.

> HAGENS BERMAN SOBOL SHAPIRO LLP
>
> By:   s/ Thomas E. Loeser
>    Thomas E. Loeser (202724)
>    Steve W. Berman
> 1301 Fifth Avenue, Suite 2900
> Seattle, WA 98101
> Telephone:  (206) 623-7292
> Facsimile:  (206) 623-0594
> steve@hbsslaw.com
> toml@hbsslaw.com
>
> Attorneys for Plaintiff