Steve W. Berman
Thomas E. Loeser (Cal. Bar No. 202724)
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Fifth Avenue, Suite 2900
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com
toml@hbsslaw.com

Peter B. Fredman, Esq. (Cal. Bar No. 189097)
LAW OFFICE OF PETER B. FREDMAN
1917 Carleton St.
Berkeley, CA 94707
Telephone: (510) 486-8739
Facsimile: (510) 486-8739
peterfredman@sbcglobal.net

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HUGO ZALDANA, individually and on behalf of all others similarly situated,<br><br>         Plaintiff,<br><br> v.<br><br>KB HOME, a Delaware corporation, HOMESAFE ESCROW COMPANY, a Delaware corporation; COUNTRYWIDE FINANCIAL CORPORATION, a Delaware corporation; COUNTRYWIDE HOME LOANS, INC., a New York corporation; COUNTRYWIDE MORTGAGE VENTURES, L.L.C., a Delaware company; LANDSAFE, INC., a Delaware corporation; LANDSAFE APPRAISAL SERVICES, INC., a California corporation; and DOES 1-100, inclusive,<br><br>         Defendants. | No. CV 08-3399-EDL |

### DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party in the above-captioned civil matter hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

010071-11 258588 V1

1
2   DATED:  August 27, 2008.                HAGENS BERMAN SOBOL SHAPIRO LLP
3
4                                           By:   s/ Thomas E. Loeser
                                                  Thomas E. Loeser (202724)
                                                  Steve W. Berman
5                                           1301 Fifth Avenue, Suite 2900
                                            Seattle, WA 98101
6                                           Telephone:  (206) 623-7292
                                            Facsimile:  (206) 623-0594
7                                           steve@hbsslaw.com
                                            toml@hbsslaw.com
8
                                            Peter B. Fredman (189097)
9                                           LAW OFFICE OF PETER B. FREDMAN
                                            1917 Carleton St.
10                                          Berkeley, CA 94707
                                            Telephone:  (510) 486-8739
11                                          Facsimile:  (510) 486-8739
                                            peterfredman@sbcglobal.net
12
                                            Attorneys for Plaintiff and the Proposed Class
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

DECLINATION TO PROCEED BEFORE            - 2 -
MAGISTRATE JUDGE – CV 08-3399-EDL

010071-11  258588 V1