1    Reed Kathrein (Cal. Bar No. 139304)
     HAGENS BERMAN SOBOL SHAPIRO LLP
2    715 Hearst Avenue, Suite 202
     Berkeley, California 94710
3    Telephone: (510) 725-3000
     Facsimile: (510) 725-3001
4    reed@hbsslaw.com

5
     Steve W. Berman
6    Thomas E. Loeser (Cal. Bar No. 202724)
     HAGENS BERMAN SOBOL SHAPIRO LLP
7    1301 Fifth Avenue, Suite 2900
     Seattle, WA 98101
8    Telephone: (206) 623-7292
     Facsimile: (206) 623-0594
9    steve@hbsslaw.com
     toml@hbsslaw.com
10
     Peter B. Fredman (Cal. Bar No. 189097)
11   LAW OFFICE OF PETER B. FREDMAN
     125 University Avenue, Suite 102
12   Berkeley, CA 94710
     Telephone: (510) 868-2626
13   Facsimile: (510) 868-2627
     peter@peterfredmanlaw.com

14   Attorneys for Plaintiffs HUGO ZALDANA
     and GARY GUARDINEER, individually
15   and on behalf of all others similarly situated

16                   UNITED STATES DISTRICT COURT

17                  NORTHERN DISTRICT OF CALIFORNIA

18                     SAN FRANCISCO DIVISION

19   HUGO ZALDANA and GARY GUARDINEER,)        No. 08-3399 MMC
     individually, and on behalf of all others similarly )
20   situated,                           )      **STIPULATION AND ~~PROPOSED~~
                                          )      ORDER TO CONTINUE INITIAL
21                          Plaintiffs,   )      CASE MANAGEMENT
                                          )      CONFERENCE**
22        v.                              )
                                          )
23   KB HOME, a Delaware corporation;     )
     COUNTRYWIDE FINANCIAL                )
24   CORPORATION dba COUNTRYWIDE HOME)
     LOANS, a Delaware corporation; and   )
25   FIRST AMERICAN TITLE COMPANY, a      )
     California corporation,              )
26                                        )
                            Defendants.   )
27                                        )
                                          )
28   _____)

     STIPULATION AND ~~PROPOSED~~ ORDER TO CONTINUE          1
     INITIAL CASE MANAGEMENT CONFERENCE

1

**STIPULATION**

2      WHEREAS, this action was originally filed on July 15, 2008;

3      WHEREAS, Plaintiff Hugo Zaldana filed a Stipulation and Proposed Order For

4 Substitution Of Counsel on or about August 26, 2008;

5      WHEREAS, the Hagens Berman law firm filed a Notice of Association of Counsel for

6 Plaintiff on or about August 27, 2008;

7      WHEREAS, pursuant to Plaintiff's Declination To Proceed Before a Magistrate Judge, this

8 matter was reassigned to the Honorable Maxine M. Chesney on or about August 29, 2008;

9      WHEREAS, service was effected by agreement on Defendants KB Home and Countrywide

10 Financial Corporation and related entities by means of Acknowledgements of Service on

11 September 12, 2008;

12      WHEREAS, Plaintiffs filed a First Amended Complaint, adding a new Defendant, First

13 American Title Company, on or about October 9, 2008;

14      WHEREAS, pursuant to the Case Management Conference Order issued on September 9,

15 2008, the Initial Case Management Conference in this matter is currently set for October 31, 2008

16 at 10:30 a.m.;

17      WHEREAS, the parties are cooperating, and believe that the interests of the judicial

18 economy would be served by a continuance of the Initial Case Management Conference in order to

19 obtain Defendant First American Title Company's appearance in the case, to allow for the filing of

20 Defendants' responsive pleadings prior to the Case Management Conference, to meet and confer

21 on the agenda items for the Initial Case Management Conference, to prepare a Joint Case

22 Management Conference Statement, and so forth.

23      THEREFORE, the parties hereby stipulate to and request:

24      1.      that the Initial Case Management Conference be continued to December 5, 2008, or

25 such other subsequent date as is convenient to the Court; and

26      2.      that December 1, 2008 be set as the deadline for Defendants' filing of responsive

27 pleadings, with any Motion to Dismiss hearings to be set no earlier Januay 30, 2009.

28      ///

STIPULATION AND ~~PROPOSED~~ ORDER TO CONTINUE            2
INITIAL CASE MANAGEMENT CONFERENCE

1

## STIPULATION

2

3

**IT IS SO STIPULATED**

4

5
DATED:  October 20, 2008

6
HAGENS BERMAN SOBOL SHAPIRO LLP
LAW OFFICE OF PETER B. FREDMAN

7

8
By: /S/ Peter Fredman _____

9
Peter B. Fredman
Attorneys for Plaintiffs HUGO ZALDANA and
GARY GUARDINEER, individually, and on

10
behalf of all others similarly situated

11
DATED: October 20, 2008

12
BRYAN CAVE LLP

13

14
By: /S/ Robert E. Boone _____
Robert E. Boone III

15
Jennifer A. Jackson
Attorneys for Defendant COUNTRYWIDE

16
FINANCIAL CORPORATION

17
DATED: October 20, 2008

18
K & L GATES LLP

19

20
By: /S/ Matthew G. Ball _____
Matthew G. Ball

21
Attorneys for Defendant KB HOME

22

23
ECF CERTIFICATION:  I, Peter Fredman, the filer of this ECF Document, hereby certify

24
that the concurrence to this stipulation has been obtained by ECF registrants Robert E. Boone III

25
and Matthew G. Ball on behalf fo their respective clients in this case.  /s/ Peter Fredman

26

27

28

STIPULATION AND ~~PROPOSED~~ ORDER TO CONTINUE             3
INITIAL CASE MANAGEMENT CONFERENCE

1

## <u>ORDER</u>

2       Pursuant to the stipulation of the parties, and good cause appearing therefore,

3       1.      The Initital Case Management Conference in the above captioned case is hereby

19, 2008

4  continued to December 5, 2008 at 10:30 a.m.; and

5       2.      Defendants' responsive pleadings shall be filed no later December 1, 2008, and any

6  Motion to Dismiss hearings shall be set no earlier than January 30, 2009.

7

8

9

10       **IT IS SO ORDERED**

11

12

13

14       Dated: _October 21, 2008_

15                                             Hon. Maxine M. Chesney

16                                             United States District Court Judge

17

18

19

20

21

22

23

24

25

26

27

28