MATTHEW G. BALL (State Bar No. 208881)
matthew.ball@klgates.com
K&L GATES LLP
4 Embarcadero, Suite 1200
San Francisco, California 94111
Telephone: (415) 882-8200
Facsimile: (415) 882-8220
matthew.ball@klgates.com

Attorney for KB HOME & HOMESAFE
ESCROW COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| HUGO ZALDANA and GARY GUARDINEER, individually, and on behalf of all others similarly situated,<br><br>                            Plaintiffs,<br><br>    v.<br><br>KB HOME, a Delaware corporation; COUNTRYWIDE FINANCIAL CORPORATION dba COUNTRYWIDE HOME LOANS, a Delaware corporation; and FIRST AMERICAN TITLE COMPANY, a California corporation,<br><br>                            Defendants. | No. 08-3399 MMC<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING SCHEDULE FOR RESPONSIVE PLEADINGS** |

# STIPULATION

WHEREAS, this action was originally filed on July 15, 2008;

WHEREAS, Plaintiffs filed a First Amended Complaint, adding a new Defendant, First American Title Company, on or about October 9, 2008;

WHEREAS, pursuant to the parties' Stipulation and Order to Continue the Initial Case Management Conference, entered as an Order on October 21, 2008, the Defendants' responsive pleadings to the First Amended Complaint are to be filed no later than December 1, 2008, with any Motion to Dismiss hearings to be scheduled no earlier than January 30, 2009;

WHEREAS, the parties met and conferred by telephone on November 20, 2008, and as part of that conference agreed upon the following revised schedule:

1. Defendants' Responsive Pleadings, including Motions to Dismiss, shall be filed on or before December 8, 2008;

2. Plaintiffs' Opposition papers shall be served and filed on or before January 16, 2008;

3. Defendants' Reply papers shall be served and filed on or before January 30, 2008; and

4. A hearing on Defendants' Motions to Dismiss shall be scheduled no earlier than February 13, 2009.

WHEREAS, the parties believe that the interests of judicial economy would be served by the adoption of the above-noted briefing and hearing schedule.

THEREFORE, the parties hereby stipulate to and request that the Court enter the following Order.

**IT IS SO STIPULATED**

DATED:  November 24, 2008        HAGENS BERMAN SOBOL SHAPIRO LLP

LAW OFFICE OF PETER B. FREDMAN

By ____/s/_____
Peter B. Fredman
Attorneys for Plaintiffs HUGO ZALDANA and GARY GUARDINEER, individually, and on behalf of all others similarly situated

1  DATED: November 24, 2008        REED SMITH LLP

2
                                   By    /s/
3                                      Marshall C. Wallace
                                       Attorney for Defendant FIRST AMERICAN TITLE
4                                      COMPANY

5
   DATED: November 24, 2008        BRYAN CAVE LLP
6

7                                  By    /s/
                                       Robert E. Boone III
8                                      Jennifer A. Jackson
                                       Attorneys for Defendant COUNTRYWIDE
9                                      FINANCIAL CORPORATION

10 DATED: November 24, 2008        K & L GATES LLP

11
                                   By    /s/
12                                     Matthew G. Ball
                                       Attorney for Defendant KB HOME
13

14     ECF CERTIFICATION:  Matthew G. Ball, the filer of this ECF Document, hereby certifies

15 that the concurrence to this stipulation has been obtained by ECF registrants Robert E. Boone III and

16 Peter B. Fredman on behalf of their respective clients in this case.  /s/ Matthew G. Ball

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER REGARDING
SCHEDULE FOR RESPONSIVE PLEADINGS          3                          Printed on Recycled Paper
Case No.   08-3399-MMC

# ORDER

Pursuant to the stipulation of the parties, and good cause appearing, the Court orders as follows:

1. Defendants shall file and serve responsive pleadings, ~~including any~~ or Motions to Dismiss, on or before December 8, 2008; if any defendant files a motion to dismiss,

2. Plaintiffs' Opposition papers shall be served and filed on or before January 16, ~~2008~~ 2009;

3. Defendants' Reply papers shall be served and filed on or before January 30, ~~2008~~ 2009; and

4. Any Motion to Dismiss hearing shall take place at 9:00 a.m. on February 13, 2009.

**IT IS SO ORDERED**

Dated: November 26, 2008

_____
Hon. Maxine M. Chesney
United States District Court Judge