1  Marshall C. Wallace (State Bar No. 127103)
   Email: mwallace@reedsmith.com
2  James M. Neudecker (State Bar No. 221657)
   Email: jneudecker@reedsmith.com
3  REED SMITH LLP
   1999 Harrison Street, Suite 2400
4  Oakland, CA  94612-3572

5  Telephone:     (510) 763-2000
   Facsimile:     (510) 273-8832
6
   Attorneys for Defendant First American Title
7  Company

8  UNITED STATES DISTRICT COURT

9  NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HUGO ZALDANA and GARY GUARDINEER, individually, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>KB HOME, a Delaware corporation; COUNTRYWIDE FINANCIAL CORPORATION d/b/a COUNTRYWIDE HOME LOANS, a Delaware corporation; and FIRST AMERICAN TITLE COMPANY, a California corporation,<br><br>Defendants. | Case No. 08-CV-3399 MMC<br><br>Before the Honorable Maxine M. Chesney<br><br>**STIPULATION AND ~~PROPOSED~~ ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE AND DEADLINE TO MAKE INITIAL DISCLOSURES**<br><br>Conference Date:    December 19, 2008<br>Conference Time:    10:30 a.m.<br>Location:           Courtroom 7 |

On October 21, 2008, the Court entered an Order continuing the initial Case Management Conference ("CMC") to December 19, 2008. In the same Order, the Court set a deadline of December 1, 2008 for Defendants to file a responsive pleading. Thereafter, Defendants informed Plaintiffs that each intended to file a Motion to Dismiss. The parties met and conferred on a proposed briefing and hearing schedule, and on November 26, 2008 the Court entered a Stipulated Order setting December 8, 2008 as the deadline for Defendants to file their respective Motions to

– 1 –

Stipulation And ~~Proposed~~ Order Continuing Initial Case Management Conference And Deadline to Make Initial Disclosures

– 2 –

Dismiss; January 16, 2009 as the deadline for Plaintiffs to file their Oppositions to Defendants' respective Motions to Dismiss; and January 30, 2009 as the deadline for Defendants to file Replies in support of their respective Motions to Dismiss. The Court set a hearing on Defendants' Motions for Dismiss on February 13, 2009. Pursuant to the Court's Order, each Defendant filed a Motion to Dismiss on December 8, 2008.

The parties agree that it is in the interest of judicial efficiency to continue the initial CMC, and the deadline to make initial disclosures under Federal Rule of Civil Procedure 26(a), to a date after the Court considers Defendants' Motions to Dismiss. If the Court grants Defendants' Motions, the need to prepare for and appear at an initial CMC, and to make initial disclosures, will be moot. If the Court denies Defendants' Motions, or grants them only in part, the parties will have a better understanding of what issues will need to be addressed in the initial disclosures, and be better able to assess a realistic pre-trial schedule at the initial CMC.

Accordingly, the parties stipulate to the following schedule, subject to the Court's approval:

| | |
|---|---|
| February 27, 2009: | Last day to file Rule 26(f) Report, complete initial disclosures or state objection in Rule 26(f) Report and file Case Management Conference Statement |
| March 6, 2009 at 10:30 a.m. | Initial Case Management Conference |

/ / / / /

/ / / / /

/ / / / /

/ / / / /

/ / / / /

/ / / / /

/ / / / /

/ / / / /

/ / / / /

**IT IS SO STIPULATED**

DATED: _____.

              HAGENS BERMAN SOBOL SHAPIRO LLP
              LAW OFFICE OF PETER B. FREDMAN

              By  /s/ Peter B. Fredman
                  Peter B. Fredman
                  Attorneys for Plaintiffs Hugo Zaldana and Gary
                  Guardineer, individually, and on behalf of all others
                  similarly situated

DATED: _____.

              REED SMITH LLP

              By  /s/ James M. Neudecker
                  Marshall C. Wallace
                  James M. Neudecker
                  Attorneys for Defendant First American Title
                  Company

DATED: _____.

              BRYAN CAVE LLP

              By  /s/ Jennifer A. Jackson
                  Robert E. Boone III
                  Jennifer A. Jackson
                  Attorneys for Defendant Countrywide Financial
                  Corporation

DATED: _____.

              K & L GATES LLP

              By  /s/ Matthew G. Ball
                  Matthew G. Ball
                  Attorneys for Defendant KB Home

Stipulation And ~~Proposed~~ Order Continuing Initial Case Management Conference And Deadline to Make Initial Disclosures

# ORDER

Having considered the parties' stipulation continuing the initial Case Management Conference and Deadline to Make Initial Disclosures, and good cause appearing, the Court orders as follows:

1. The initial Case Management Conference is continued to March 6, 2009 at 10:30 a.m.

2. The parties' deadline to file a Rule 26(f) Report, complete initial disclosures or state their objection in a Rule 26(f) Report, and file a Case Management Conference Statement, is February 27, 2009.

**IT IS SO ORDERED**

DATED:  December 11, 2008

_____
The Honorable Maxine M. Chesney

US_ACTIVE-100891642.1

– 4 –
Stipulation And ~~Proposed~~ Order Continuing Initial Case Management Conference And Deadline to Make Initial Disclosures