ORIGINAL

FAXED

1  MATTHEW G. BALL (CA State Bar No. 208881)
   **K&L GATES LLP**
2  4 Embarcadero Center, Suite 1200
   San Francisco, California 94111
3  Telephone: (415) 882-8200
4  Facsimile: (415) 882-8220
   matthew.ball@klgates.com
5
6  Attorney for Defendant KB HOME

7  IRENE C. FREIDEL (*PRO HAC VICE* APPLICATION PENDING)
   NAOKA E. CAREY (*PRO HAC VICE* APPLICATION PENDING)
8  **K&L GATES LLP**
   State Street Financial Center
9  One Lincoln Street
   Boston, MA 02111-2950
10 Telephone: (617) 951-9154
   Facsimile: (617) 261-3175
11 irene.freidel@klgates.com
12 naoka.carey@klgates.com

13 Attorneys for Defendant KB HOME

14                    **UNITED STATES DISTRICT COURT**

15                    **NORTHERN DISTRICT OF CALIFORNIA**

16
17 HUGO ZALDANA and GARY                         Case No. CV-08-3399 MMC
   GUARDINEER, individually, and on behalf
   of all others similarly situated,
18                                               Honorable Maxine M. Chesney
                              Plaintiffs,
19
              v.
20                                               [PROPOSED] **ORDER GRANTING**
   KB HOME, a Delaware corporation;              **APPLICATION FOR ADMISSION OF**
21 COUNTRYWIDE FINANCIAL                         **IRENE C. FREIDEL** *PRO HAC VICE*
   CORPORATION dba COUNTRYWIDE
22 HOME LOANS, a Delaware corporation; and
   FIRST AMERICAN TITLE COMPANY, a
23 California corporation,

24                            Defendants.

25
26
27
28

[PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION *PRO HAC VICE*           Printed on Recycled Paper
Case No. CV-08-3399

1  Irene C. Freidel, an active member in good standing of the bar of the Commonwealth of
2  Massachusetts and admitted to practice before the United States District Court for the District of
3  Massachusetts in 1992; the United States District Court for the Northern District of Illinois on
4  March 5, 2008; the United States Court of Appeals for the First Circuit in 1995; the United States
5  Court of Appeals for the Third Circuit in January of 2000; the United States Court of Appeals for
6  the Seventh Circuit on May 23, 2003, the United States Court of Appeals for the Eighth Circuit on
7  April 5, 2000; and the United States Court of Appeals for the Ninth Circuit on August 10, 2007,
8  whose business address is K&L Gates LLP, State Street Financial Center, One Lincoln Street,
9  Boston Massachusetts 02111, having applied in the above-entitled action for admission to practice
10 in the Northern District of California on a *pro hac vice* basis, representing Defendant KB Home.

11 **IT IS HEREBY ORDERED THAT** the application is granted, subject to the terms and
12 conditions of Civil Local Rule 11-3. All papers filed by the attorney must indicate appearance *pro*
13 *hac vice.* Service of papers upon and communication with co-counsel designated in the application
14 will constitute notice to the party. Al future filings in this action are subject to the requirements
15 contained in General Order No. 45, *Electronic Case Filing.*

Dated: December 12, 2008        By:

_____
Honorable Maxine M. Chesney
United States District Court Judge

[PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION *PRO HAC VICE*    Printed on Recycled Paper
Case No. CV-08-3399

1