1   MATTHEW G. BALL (CA State Bar No. 208881)
    **K&L GATES LLP**
2   4 Embarcadero Center, Suite 1200
    San Francisco, California 94111
3   Telephone: (415) 882-8200
4   Facsimile: (415) 882-8220
    matthew.ball@klgates.com
5
    Attorney for Defendant KB HOME
6
7   IRENE C. FREIDEL (*PRO HAC VICE* APPLICATION PENDING)
    NAOKA E. CAREY (*PRO HAC VICE* APPLICATION PENDING)
8   **K&L GATES LLP**
    State Street Financial Center
9   One Lincoln Street
    Boston, MA 02111-2950
10  Telephone:   (617) 951-9154
11  Facsimile:    (617) 261-3175
    irene.freidel@klgates.com
12  naoka.carey@klgates.com

13  Attorneys for Defendant KB HOME

14              **UNITED STATES DISTRICT COURT**

15              **NORTHERN DISTRICT OF CALIFORNIA**

16
    HUGO ZALDANA and GARY                     Case No. CV-08-3399 MMC
17  GUARDINEER, individually, and on behalf
    of all others similarly situated,
18                                            Honorable Maxine M. Chesney
                          Plaintiffs,
19
          v.
20                                            ~~[PROPOSED]~~ **ORDER GRANTING**
    KB HOME, a Delaware corporation;          **APPLICATION FOR ADMISSION OF**
21  COUNTRYWIDE FINANCIAL                     **NAOKA E. CAREY *PRO HAC VICE***
    CORPORATION dba COUNTRYWIDE
22  HOME LOANS, a Delaware corporation; and
    FIRST AMERICAN TITLE COMPANY, a
23  California corporation,

24                          Defendants.

25

26

27

28

[PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION *PRO HAC VICE*          Printed on Recycled Paper
Case No. CV-08-3399

1    Naoka E. Carey , an active member in good standing of the bar of the Commonwealth of

2  Massachusetts and admitted to practice before the United States District Court for the District of

3  Massachusetts in 2007 and the District of Columbia Court of Appeals in 2004, whose business

4  address is K&L Gates LLP, State Street Financial Center, One Lincoln Street, Boston

5  Massachusetts 02111, having applied in the above-entitled action for admission to practice in the

6  Northern District of California on a *pro hac vice* basis, representing Defendant KB Home.

7    **IT IS HEREBY ORDERED THAT** the application is granted, subject to the terms and

8  conditions of Civil Local Rule 11-3. All papers filed by the attorney must indicate appearance *pro*

9  *hac vice.* Service of papers upon and communication with co-counsel designated in the application

10  will constitute notice to the party. Al future filings in this action are subject to the requirements

11  contained in General Order No. 45, *Electronic Case Filing.*

12

13  Dated:  December 12, 2008                    By:

14

15                                Honorable Maxine M. Chesney
                                 United States District Court Judge

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION *PRO HAC VICE*          Printed on Recycled Paper
Case No. CV-08-3399

1