1  MATTHEW G. BALL (State Bar No. 208881)
   matthew.ball@klgates.com
2  K&L GATES LLP
   55 Second Street, Suite 1700
3  San Francisco, California  94105-3493
   Telephone:  (415) 882-8200
4  Facsimile:  (415) 882-8220

5  IRENE C. FREIDEL (admitted *pro hac vice*)
   irene.freidel@klgates.com
6  NAOKA E. CAREY (admitted *pro hac vice*)
   naoka.carey@klgates.com
7  K& L GATES LLP
   State Street Financial Center
8  One Lincoln Street
   Boston, MA  02111
9  Telephone:  (617) 261-3100
   Facsimile:  (617) 261-3175
10
   Attorneys for KB HOME
11

12                    UNITED STATES DISTRICT COURT

13                  NORTHERN DISTRICT OF CALIFORNIA

14                      SAN FRANCISCO DIVISION

15

16
   HUGO ZALDANA and GARY GUARDINEER,)
17 individually, and on behalf of all others similarly )   Case No. CV-08-3399 MMC
   situated,                                           )
18                                                     )
                                                       )   (Judge Maxine M. Chesney)
19                              Plaintiffs,             )
                                                       )
20          v.                                          )   **STIPULATION AND [PROPOSED]**
                                                       )   **ORDER TO RESCHEDULE MARCH**
21 KB HOME, a Delaware corporation;                     )   **6, 2009 CASE MANAGEMENT**
   COUNTRYWIDE FINANCIAL                                )   **CONFERENCE**
22 CORPORATION dba COUNTRYWIDE HOME )
   LOANS, a Delaware corporation; and                  )
23 FIRST AMERICAN TITLE COMPANY, a                      )
   California corporation,                              )
24                                                     )
                              Defendants.              )
25 _____ )

26

27

28

**STIPULATION**

WHEREAS, this action was originally filed on July 15, 2008;

WHEREAS, Plaintiffs filed a First Amended Complaint on or about October 9, 2008;

WHEREAS, the Defendants filed Motions to Dismiss the First Amended Complaint, which Motions were granted by this Court in whole (with respect to Defendants Countrywide Financial Corporation and First American Title Company) and in part (with respect to Defendant KB Home) pursuant to its February 10, 2009 Order ("Order");

WHEREAS, the Order further stated that, to the extent plaintiffs may be able to cure deficiencies in the First Amended Complaint, Plaintiffs have leave to file a Second Amended Complaint, which shall be filed no later than March 13, 2009;

WHEREAS, Plaintiffs presently intend to file a Second Amended Complaint;

WHEREAS, a Case Management Conference in this matter is currently scheduled for March 6, 2009;

WHEREAS, the parties agree that, in the interests of judicial economy, it is desireable to continue the Initial Case Management Conference until after the Second Amended Complaint is filed or after any motions to dismiss the Second Amended Complaint are resolved depending on the content of the Second Amended Complaint.

WHEREFORE, in the interest of judicial economy, the parties hereby agree and stipulate, and request that the Court continue the Initial Case Management Conference to a date to be determined by further stipulation and proposed order to be submitted no later than March 20, 2009.  The parties further agree that the corresponding deadlines to serve their initial disclosures, file a Rule 26(f) report, and file a case management conference statement are similarly continued.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1

## **STIPULATION**

2

**IT IS SO STIPULATED.**

3

4        DATED:  February 17, 2009              HAGENS BERMAN SOBOL SHAPIRO LLP

5                                              LAW OFFICE OF PETER B. FREDMAN

6                                              By _____/s/_____
                                                 Peter B. Fredman
7                                                Attorneys for Plaintiffs HUGO ZALDANA and
                                                 GARY GUARDINEER, individually, and on behalf
8                                                of all others similarly situated

9        DATED: February 17, 2009               REED SMITH LLP

10

11                                             By _____/s/_____
                                                 Marshall C. Wallace
12                                               Attorney for Defendant FIRST AMERICAN TITLE
                                                 COMPANY

13

         DATED: February 17, 2009               BRYAN CAVE LLP
14

15                                             By _____/s/_____
                                                 Robert E. Boone III
16                                               Jennifer A. Jackson
                                                 Attorneys for Defendant COUNTRYWIDE
17                                               FINANCIAL CORPORATION

18       DATED: February 17, 2009               K & L GATES LLP

19

20                                             By _____/s/_____
                                                 Irene C. Freidel
21                                               Attorney for Defendant KB HOME

22       ECF CERTIFICATION:  Matthew G. Ball, the filer of this ECF Document, hereby certifies

23  that the concurrence to this stipulation has been obtained by ECF registrants Marshall C. Wallace,

24  Robert E. Boone III and Peter B. Fredman on behalf of their respective clients in this case.

25

26                                 _____/s/_____
                                           Matthew G. Ball
27

28

---

1

## **ORDER**

2     Pursuant to the stipulation of the parties, and good cause appearing therefore, the March 6,
      is continued to June 12, 2009.

3  2009 Case Management Conference ~~shall be continued to be determined by further stipulation and~~

4  ~~proposed order to be submitted no later than March 20, 2009.~~   The corresponding deadlines for the

5  parties to serve their initial disclosures, file a Rule 26(f) report, and file a case management

6  conference statement are similarly continued.  Should the parties, after the SAC is filed, determine

7  an earlier date is preferable, they may submit a joint stipulation to that effect.

8

9     **IT IS SO ORDERED**

10

11     Dated:_ February 20, 2009

12                                        Hon. Maxine M. Chesney
                                         United States District Court Judge

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28