IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HUGO ZALDANA, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>  v.<br><br>KB HOME, et al.,<br><br>    Defendants. | No. C-08-3399 MMC<br><br>**ORDER VACATING MAY 8, 2009 HEARING** |

    Before the Court is the motion, filed March 30, 2009 by defendants Countrywide Financial Corporation, Countrywide Home Loans, Inc., Countrywide Mortgage Ventures, LLC, and Countrywide KB Home Loans (collectively, "Countrywide defendants"), to dismiss plaintiff Hugo Zaldana's ("Zaldana") Second Amended Complaint; on March 30, 2009, defendant KB Home filed a joinder in the motion.  Zaldana has filed opposition, to which the Countrywide defendants have replied.  Having read and considered the papers filed in support of and in opposition to the motion, the Court deems the matter appropriate for decision thereon and hereby VACATES the hearing scheduled for May 8, 2009.

    **IT IS SO ORDERED.**

Dated:  May 1, 2009

                                            MAXINE M. CHESNEY<br>                                            United States District Judge