MATTHEW G. BALL (CA State Bar No. 208881)
**K&L GATES LLP**
4 Embarcadero Center, Suite 1200
San Francisco, California 94111
Telephone: (415) 882-8200
Facsimile: (415) 882-8220
matthew.ball@klgates.com

Attorney for Defendant KB HOME

IRENE C. FREIDEL (*PRO HAC VICE* APPLICATION PENDING)
NAOKA E. CAREY (*PRO HAC VICE* APPLICATION PENDING)
**K&L GATES LLP**
State Street Financial Center
One Lincoln Street
Boston, MA 02111-2950
Telephone: (617) 951-9154
Facsimile: (617) 261-3175
irene.freidel@klgates.com
naoka.carey@klgates.com

Attorneys for Defendant KB HOME

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HUGO ZALDANA and GARY GUARDINEER, individually, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>KB HOME, a Delaware corporation; COUNTRYWIDE FINANCIAL CORPORATION dba COUNTRYWIDE HOME LOANS, a Delaware corporation; and FIRST AMERICAN TITLE COMPANY, a California corporation,<br><br>Defendants. | Case No. CV-08-3399 MMC<br><br>Honorable Maxine M. Chesney<br><br>[PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF STACEY L. GORMAN *PRO HAC VICE* |

---

[PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION *PRO HAC VICE*
Case No. CV-08-3399

Printed on Recycled Paper

Stacey L. Gorman, an active member in good standing of the Bar of the Commonwealth of Massachusetts, and admitted to practice before the United States District Court for the District of Massachusetts in 2003; and the United States Court of Appeals for the First Circuit in 2006, whose business address is K&L Gates LLP, State Street Financial Center, One Lincoln Street, Boston Massachusetts 02111, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Defendant KB Home.

**IT IS HEREBY ORDERED THAT** the application is granted, subject to the terms and conditions of Civil Local Rule 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. Al future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: June 10, 2009                By: _____
                                    Honorable Maxine M. Chesney
                                    United States District Court Judge

[PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION *PRO HAC VICE*    Printed on Recycled Paper
Case No. CV-08-3399

1