Reed Kathrein (SB #139304)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, California 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
reed@hbsslaw.com

Steve W. Berman
Thomas E. Loeser (SB #202724)
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Fifth Avenue, Suite 2900
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com
toml@hbsslaw.com

Peter B. Fredman (SB #189097)
LAW OFFICE OF PETER FREDMAN
125 University Avenue, Suite 102
Berkeley, CA 94710
Telephone: (510) 868-2626
Facsimile: (510) 868-2627
peter@peterfredman.com

Attorneys for Plaintiff HUGO ZALDANA,
individually, and on behalf of all others similarly situated

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HUGO ZALDANA, individually, and on behalf of all others similarly situated,<br><br>　　　　　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>KB HOME, a Delaware corporation; COUNTRYWIDE FINANCIAL CORPORATION, a Delaware corporation; COUNTRYWIDE HOME LOANS, a Delaware corporation; COUNTRYWIDE MORTGAGE VENTURES, L.L.C.; and COUNTRYWIDE KB HOME LOANS, an unincorporated association of unknown form,<br><br>　　　　　　　　　　　　　　Defendants. | No. 08-cv-3399 MMC<br><br>**STIPULATION AND ~~(PROPOSED)~~ ORDER RE EXPUNGMENT OF SENSITIVE PERSONAL INFORMATION FROM ECF/PACER PUBLIC RECORDS** |

Stipulation and Proposed Order re Redaction of Sensitive Personal Information From
 ECF/PACER Public Records – NO. 08-cv-3399 MMC

1  WHEREAS, Plaintiff inadvertently failed to redact sensitive information from an exhibit to his Second Amended Complaint (SAC) that could result in identity theft;

WHEREAS, said information is located at page 1 of Exhibit E to the SAC, identified in ECF/PACER as Case 3:08-cv-03399-MMC Document 42-2 Filed 03/13/2009 Page 10 of 18;

WHERFORE, the parties hereby stipulate and agree that said information should be expunged from the public record in this action.

**IT IS SO STIPULATED**

DATED:  July 27, 2009

HAGENS BERMAN SOBOL SHAPIRO LLP
LAW OFFICE OF PETER B. FREDMAN


By: /S/ Peter Fredman
    Peter B. Fredman
    Attorneys for Plaintiff HUGO ZALDANA

DATED: July 27, 2009

BRYAN CAVE LLP


By: /S/ Brian J. Recor
    Robert E. Boone III
    Jennifer A. Jackson
    Brian J. Recor
    Attorneys for Defendants COUNTRYWIDE
    FINANCIAL CORPORATION  et al

DATED: July 27, 2009

K & L GATES LLP


By: /S/ Matthew G. Ball
    Matthew G. Ball
    Attorneys for Defendant KB HOME


ECF CERTIFICATION:  I, Peter Fredman, the filer of this ECF Document, hereby certify that the concurrence to this stipulation has been obtained by the above ECF registrants on behalf of their respective clients in this case.  /s/ Peter Fredman

Stipulation and Proposed Order re Redaction of Sensitive Personal Information From ECF/PACER Public Records – NO. 08-cv-3399 MMC     - 1 -

1
2                                    **ORDER**

3         Pursuant to the stipulation of the parties, and good cause appearing therefore, the Court
   orders that the Exhibits to plaintiff's Second Amended Complaint, filed March 13, 2009
4  ~~order that the sensitive information located at page 1 of Exhibit E to the SAC, identified in~~
   (docket number 42-1)
5  ~~ECF/PACER as Case 3:08-cv-03399-MMC Document 42-2 Filed 03/13/2009 Page 10 of 18~~, shall

6  be expunged from the public record in this action.  Plaintiff, no later than August 7, 2009, shall

7  file a redacted version of such Exhibits, redacting all sensitive personal information.

8
9
10           **IT IS SO ORDERED**
11
12
13
14       Dated: July 29, 2009                         _[signature]_____
15                                                    Hon. Maxine M. Chesney
16                                                    United States District Court Judge
17
18
19
20
21
22
23
24
25
26
27
28