1  Reed Kathrein (Cal. Bar No. 139304)
   HAGENS BERMAN SOBOL SHAPIRO LLP
2  715 Hearst Avenue, Suite 202
   Berkeley, California 94710
3  Telephone: (510) 725-3000
4  Facsimile: (510) 725-3001
   reed@hbsslaw.com
5
   Steve W. Berman
6  Thomas E. Loeser (Cal. Bar No. 202724)
   HAGENS BERMAN SOBOL SHAPIRO LLP
7  1301 Fifth Avenue, Suite 2900
   Seattle, WA 98101
8  Telephone: (206) 623-7292
   Facsimile: (206) 623-0594
9  steve@hbsslaw.com
   toml@hbsslaw.com
10
   Peter B. Fredman (Cal. Bar No. 189097)
11 LAW OFFICE OF PETER B. FREDMAN
   125 University Avenue, Suite 102
12 Berkeley, CA 94710
   Telephone: (510) 868-2626
13 Facsimile: (510) 868-2627
   Peterfredman@sbcglobal.net

14 Attorneys for Plaintiffs HUGO ZALDANA,
   individually and on behalf of all others similarly situated

15

16                     UNITED STATES DISTRICT COURT

17                    NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 18  HUGO ZALDANA and GARY GUARDINEER, individually, and on behalf of all others similarly situated, | No. 03:08-cv-03399-MMC |
| 19 | **CLASS ACTION** |
| 20                              Plaintiffs, | [PROPOSED] ORDER RE: FILING OF THIRD AMENDED COMPLAINT AND BRIEFING SCHEDULE |
| 21       v. | |
| 22  KB HOME, a Delaware corporation; COUNTRYWIDE FINANCIAL CORPORATION, a Delaware Corporation, COUNTRYWIDE HOME LOANS, a Delaware corporation; COUNTRYWIDE MORTGAGE VENTURES, L.L.C.; and COUNTRYWIDE KB HOME LOANS, an unincorporated association of unknown form, | |
| 26                              Defendants. | |

28

1    Pursuant to the stipulation and agreement of the parties and for good cause shown:

2    IT IS HEREBY ORDERED THAT:

3    1.   Plaintiff shall file a Third Amended Complaint by September 1, 2009, with the

4    consent of Defendants, pursuant to Federal Rule of Civil Procedure 15.

5    2.   The following briefing schedule shall apply to any Rule 12 motions filed in

6    response to the Third Amended Complaint:

7    Opening Briefs Due:              October 1, 2009

8    Opposition Briefs Due:           November 2, 2009

9    Reply Briefs Due:                November 16, 2009

10   Hearing on Motion ~~(if ordered)~~   December __11__, 2009

12   DATED:  __August 31__, 2009.

14   _____
HONORABLE MAXINE M. CHESNEY
UNITED STATES DISTRICT COURT JUDGE

Presented by:

HAGENS BERMAN SOBOL SHAPIRO LLP

By:    /s/ Thomas E. Loeser

Reed Kathrein (SB #139304)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, California  94710
Telephone: (510) 725-3000
Facsimile:  (510) 725-3001
reed@hbsslaw.com

Steve W. Berman
Thomas E. Loeser (SB #202724)
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Fifth Avenue, Suite 2900
Seattle, WA 98101
Telephone:  (206) 623-7292
Facsimile:  (206) 623-0594
steve@hbsslaw.com
toml@hbsslaw.com

Attorneys for Plaintiff HUGO ZALDANA