1  MATTHEW G. BALL (State Bar No. 208881)
   matthew.ball@klgates.com
2  K&L GATES LLP
   55 Second Street, Suite 1700
3  San Francisco, California 94105-3493
   Telephone: (415) 882-8200
4  Facsimile: (415) 882-8220

5
   IRENE C. FREIDEL (admitted *pro hac vice*)
6  irene.freidel@klgates.com
   NAOKA E. CAREY (admitted *pro hac vice*)
7  naoka.carey@klgates.com
   STACEY L. GORMAN (*pro hac vice* pending)
8  stacey.gorman@klgates.com
   K&L GATES LLP
9  State Street Financial Center
   One Lincoln Street
10 Boston, MA 02111
   Telephone: (617) 261-3100
11 Facsimile: (617) 261-3175

12
   **Attorneys for KB HOME**
13
                    UNITED STATES DISTRICT COURT
14
                    NORTHERN DISTRICT OF CALIFORNIA
15

16
   HUGO ZALDANA, individually, and on behalf  )
17 of all others similarly situated,           )  Case No. CV-08-3399 MMC
                                               )
18                           Plaintiff,         )  (Judge Maxine M. Chesney)
                                               )
19        v.                                    )
                                               )  **STIPULATION AND [PROPOSED]**
20 KB HOME, a Delaware corporation; FIRST      )  **ORDER TO RESCHEDULE**
   AMERICAN TITLE COMPANY, a California        )  **SEPTEMBER 25, 2009 CASE**
21 corporation; FIRST AMERICAN TITLE           )  **MANAGEMENT CONFERENCE**
   INSURANCE COMPANY, a California             )
22 corporation; FIRST AMERICAN                 )
   CORPORATION, a Delaware corporation;        )
23 COUNTRYWIDE FINANCIAL                       )
   CORPORATION, a Delaware corporation;        )
24 COUNTRYWIDE HOME LOANS, a Delaware          )
   corporation; COUNTRYWIDE MORTGAGE           )
25 VENTURES, LLC; and COUNTRYWIDE KB           )
   HOME LOANS, an unincorporated association of)
26 unknown form.                               )
                               Defendants.     )
27                                             )

28

| | |
|---|---|
| 1 | **STIPULATION** |
| 2 | WHEREAS, this action was originally filed on July 15, 2008; |
| 3 | WHEREAS, Plaintiffs filed a Third Amended Complaint on or about September 1, 2009; |
| 4 | WHEREAS, pursuant to a Joint Stipulation entered as an Order of this Court on August 31, |
| 5 | 2009 and by further agreement of the parties, responses to the Third Amended Complaint are due |
| 6 | on October 1, 2009. |
| 7 | WHEREAS, a hearing on any Motions to Dismiss the Third Amended Complaint is |
| 8 | currently scheduled for **December 11, 2009**. |
| 9 | WHEREAS, a Case Management Conference in this matter is currently scheduled for |
| 10 | **September 25, 2009**. |
| 11 | WHEREFORE, in the interest of judicial economy, the parties hereby agree and stipulate, |
| 12 | and request that the Court continue the Case Management Conference to **December 11, 2009**, the |
| 13 | date of the hearing on any Motions to Dismiss the Third Amended Complaint. The parties further |
| 14 | agree and request that the corresponding deadline to file a case management conference statement |
| 15 | be similarly continued. |
| 16 | / / / |
| 17 | / / / |
| 18 | / / / |
| 19 | / / / |
| 20 | / / / |
| 21 | / / / |
| 22 | / / / |
| 23 | / / / |
| 24 | / / / |
| 25 | / / / |
| 26 | / / / |
| 27 | / / / |
| 28 | / / / |

## STIPULATION

**IT IS SO STIPULATED.**

DATED: September 17, 2009     HAGENS BERMAN SOBOL SHAPIRO LLP

LAW OFFICE OF PETER B. FREDMAN

By   /s/  Peter B. Fredman
Peter B. Fredman
Attorney for Plaintiff HUGO ZALDANA, individually, and on behalf of all others similarly situated

DATED: September 17, 2009     REED SMITH LLP

By   /s/  James M. Neudecker
Marshall C. Wallace
James M. Neudecker
Attorneys for Defendants FIRST AMERICAN TITLE COMPANY, FIRST AMERICAN TITLE INSURANCE COMPANY, and FIRST AMERICAN CORPORATION

DATED: September 17, 2009     BRYAN CAVE LLP

By   /s/ Bryan Recor
Robert E. Boone III
Jennifer A. Jackson
Bryan Recor
Attorneys for Defendants COUNTRYWIDE FINANCIAL CORPORATION, COUNTRYWIDE HOME LOANS, COUNTRYWIDE MORTGAGE VENTURES, L.L.C., and COUNTRYWIDE KB HOME LOANS

DATED: September 17, 2009     K & L GATES LLP

By   /s/ Irene C.  Freidel
Irene C. Freidel
Attorney for Defendant KB HOME

1  ECF CERTIFICATION:  Naoka E. Carey, the filer of this ECF Document, hereby certifies that the concurrence to this stipulation has been obtained by ECF registrants James M. Neudecker, Bryan Recor and Peter B. Fredman on behalf of their respective clients in this case.

  /s/ Naoka E. Carey
  Naoka E. Carey

<u>[PROPOSED]</u> **ORDER**

Pursuant to the stipulation of the parties, and good cause appearing therefore, the September 25, 2009 Case Management Conference shall be continued to ~~December 11, 2009~~ January 22, 2010. The corresponding deadline for the parties to serve their case management conference statement is similarly continued.

**IT IS SO ORDERED**

Dated: September 18, 2009

_____
Hon. Maxine M. Chesney
United States District Court Judge

- 1 -