MATTHEW G. BALL (State Bar No. 208881)
matthew.ball@klgates.com
K&L GATES LLP
55 Second Street, Suite 1700
San Francisco, California 94105-3493
Telephone: (415) 882-8200
Facsimile: (415) 882-8220

IRENE C. FREIDEL (admitted *pro hac vice*)
irene.freidel@klgates.com
STACEY L. GORMAN (admitted *pro hac vice*)
stacey.gorman@klgates.com
K& L GATES LLP
State Street Financial Center
One Lincoln Street
Boston, MA 02111
Telephone: (617) 261-3100
Facsimile: (617) 261-3175

Attorneys for KB HOME

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| HUGO ZALDANA, individually, and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> KB HOME, a Delaware corporation; FIRST AMERICAN TITLE COMPANY, a California corporation; FIRST AMERICAN TITLE INSURANCE COMPANY, a California corporation; FIRST AMERICAN CORPORATION, a Delaware corporation; COUNTRYWIDE FINANCIAL CORPORATION, a Delaware corporation; COUNTRYWIDE HOME LOANS, a Delaware corporation; COUNTRYWIDE MORTGAGE VENTURES, LLC and COUNTRYWIDE KB HOME LOANS, an unincorporated association of unknown form. <br><br> Defendants. | Case No. CV-08-3399 MMC <br><br> (Judge Maxine M. Chesney) <br><br> **STIPULATION AND [PROPOSED] ORDER TO RESCHEDULE DATE FOR FILING REPLY BRIEFS** |

## STIPULATION

WHEREAS, this action was originally filed on July 15, 2008;

WHEREAS, Plaintiffs filed a Third Amended Complaint on September 1, 2009

WHERES, defendants First American Title Company, First American Title Insurance Company and First American Corporation and defendant KB Home filed Motions to Dismiss a portion of the Third Amended Complaint on October 1, 2009 and Plaintiff filed his opposition on November 2, 2009;

WHEREAS, pursuant to a Joint Stipulation entered as an Order of this Court on August 31, 2009 and by further agreement of the parties, reply briefs in support of the Rule 12 motions are due on November 16, 2009 and a hearing is scheduled for December 11, 2009;

WHEREAS, lead counsel for KB Home has experienced a family emergency in that her mother has become gravely ill;

WHEREAS, counsel for KB Home has explained the situation to all counsel of record and Plaintiff's counsel has agreed to extend the date to file reply briefs in support of the Rule 12 motions to Monday, November 23, 2009;

WHEREAS, extending the date by which reply briefs must be filed will not effect the case schedule because the parties do not seek to modify the currently scheduled hearing date and the reply briefs will be filed no less than 18 days before the scheduled hearing.

WHEREFORE, in light of the unforeseen circumstances, the parties hereby agree and stipulate, and request that the Court extend the date to file reply briefs in support of the Rule 12 Motions to Monday, November 23, 2009.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

# STIPULATION

**IT IS SO STIPULATED.**

DATED: November 12, 2009          HAGENS BERMAN SOBOL SHAPIRO LLP

By    /s/ Thomas E. Loeser
    Thomas E. Loeser
    Attorneys for Plaintiffs HUGO ZALDANA
    individually, and on behalf of all others similarly
    situated

DATED: November 12, 2009          REED SMITH LLP

By    /s/ Jame M. Neudecker
    Marshall C. Wallace
    James M. Neudecker
    Attorney for Defendant FIRST AMERICAN TITLE
    COMPANY, FIRST AMERICAN TITLE
    INSURANCE COMPANY, and FIRST
    AMERICAN CORPORATION

DATED: November 12, 2009          BRYAN CAVE LLP

By    /s/ Jennifer A. Jackson
    Robert E. Boone III
    Jennifer A. Jackson
    Attorneys for Defendant COUNTRYWIDE
    FINANCIAL CORPORATION, COUNTRYWIDE
    HOME LOANS, COUNTRYWIDE MORTGAGE
    VENTURES, LLC,and COUNTRYWIDE KB
    HOME LOANS

DATED: November 12, 2009          K & L GATES LLP

By    /s/ Stacey L. Gorman
    Stacey L. Gorman
    Attorney for Defendant KB HOME

1

2  ECF CERTIFICATION:  Stacey L. Gorman, the filer of this ECF Document, hereby certifies

3 that the concurrence to this stipulation has been obtained by ECF registrants Thomas E. Loeser,

4 James M. Neudecker, and Jennifer A. Jackson on behalf of their respective clients in this case.

5

6                                        /s/ Stacey L. Gorman
                                         Stacey L. Gorman

7 / / /

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

## ORDER

2  Pursuant to the stipulation of the parties, and good cause appearing therefore, the Court's
3  August 31, 2009 Order Re: Filing of Third Amended Complaint and Briefing Schedule shall be
4  modified to extend the date for filing of Reply Briefs to November 23, 2009.

5

6

7  **IT IS SO ORDERED**

8

9  Dated: November 16, 2009              _____
10                                        Hon. Maxine M. Chesney
                                          United States District Court Judge
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28