IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HUGO ZALDANA, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>KB HOME, et al.,<br><br>Defendants.<br>_____/ | No. C-08-3399 MMC<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

In light of the pending motions to dismiss, the Case Management Conference in the above-titled action is hereby CONTINUED from January 22, 2010 to March 26, 2010. A Joint Case Management Statement shall be filed no later than March 19, 2010.

**IT IS SO ORDERED.**

Dated:  January 20, 2010

_____
MAXINE M. CHESNEY
United States District Judge