Steve W. Berman
Thomas E. Loeser (Cal. Bar No. 202724)
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Fifth Avenue, Suite 2900
Seattle, WA 98101
Telephone:  (206) 623-7292
Facsimile:  (206) 623-0594
steve@hbsslaw.com
toml@hbsslaw.com

Peter B. Fredman (Cal. Bar No. 189097)
LAW OFFICE OF PETER B. FREDMAN
125 University Avenue, Suite 102
Berkeley, CA 94710
Telephone: (510) 868-2626
Facsimile:  (510) 868-2627
peter@peterfredmanlaw.com

Attorneys for Plaintiffs HUGO ZALDANA
and on behalf of all others similarly situated

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| HUGO ZALDANA, individually, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>KB HOME, a Delaware corporation; FIRST AMERICAN TITLE COMPANY, a California corporation; FIRST AMERICAN TITLE INSURANCE COMPANY, a California corporation; FIRST AMERICAN CORPORATION, a Delaware corporation; COUNTRYWIDE FINANCIAL CORPORATION, a Delaware Corporation, COUNTRYWIDE HOME LOANS, a Delaware corporation; COUNTRYWIDE MORTGAGE VENTURES, L.L.C.; COUNTRYWIDE KB HOME LOANS, an unincorporated association of unknown form;<br>                             Defendants. | No. 08-3399 MMC<br><br>**STIPULATION AND** ~~**PROPOSED**~~ **ORDER FOR TELEPHONIC APPEARANCES AT CASE MANAGEMENT CONFERENCE**; **GRANTING IN PART AND DENYING IN PART REQUEST**<br><br>Date:  March 26, 2010<br>Time: ~~10:30 a.m.~~<br>Place: Courtroom 7<br>Hon. Maxine M. Chesney |

STIPULATION AND PROPOSED ORDER FOR TELEPHONIC        1
APPEARANCES AT CASE MANAGEMENT CONFERENCE

**STIPULATION**

WHEREAS, the prior Case Management Conference was continued to March 26, 2010, at 10:30 a.m., by order of the Court because a motions to dismiss was pending;

WHEREAS, said motion to dismiss is still pending;

WHEREAS, several counsel would be required to travel from out of town at substantial expense in order to appear live at the Case Management Conference;

THEREFORE, the parties hereby stipulate to and request that they be allowed to appear at the Case Management Conference by telephone.

**IT IS SO STIPULATED**

DATED:  March 25, 2010

HAGENS BERMAN SOBOL SHAPIRO LLP
LAW OFFICE OF PETER B. FREDMAN

By: /S/ Peter Fredman
Peter B. Fredman
Attorneys for Plaintiff HUGO ZALDANA and all others similarly situated

DATED: March 25, 2010

BRYAN CAVE LLP

By: /S/ Jennifer Jackson
Robert E. Boone III
Jennifer A. Jackson
Attorneys for Defendant COUNTRYWIDE FINANCIAL CORPORATION et al

DATED: March 25, 2010

K & L GATES LLP

By: /S/ Matthew G. Ball
Matthew G. Ball
Attorneys for Defendant KB HOME

| | | |
|---|---|---|
| 1 | | |
| 2 | DATED: March 25, 2010 | REED SMITH LLP |
| 3 | | |
| 4 | | By: /S/ James Neudecker |
| 5 | | Matthew G. Ball<br>Attorneys for Defendants FIRST AMERICAN CORP et al |

ECF CERTIFICATION: I, Peter Fredman, the filer of this ECF Document, hereby certify that the concurrence to this stipulation has been obtained by the above ECF registrants on behalf of their respective clients in this case. /s/ Peter Fredman

### **ORDER**

The parties' request to appear telephonically at the Case Management Conference on March 26, 2010 at 10:30 a.m. is ~~approved.~~ hereby GRANTED as to counsel for COUNTRYWIDE defendants and is otherwise DENIED.

**IT IS SO ORDERED**

Dated: March 25, 2010

Hon. Maxine M. Chesney

United States District Court Judge