|   |   |
|---|---|
| 1 | MARSHALL C. WALLACE (BAR NO. 127103) |
|   | KEITH D. YANDELL (BAR NO. 233146) |
| 2 | ALLEN MATKINS LECK GAMBLE |
|   |   MALLORY & NATSIS LLP |
| 3 | Three Embarcadero Center, 12th Floor |
|   | San Francisco, CA  94111-4074 |
| 4 | Phone:  (415) 837-1515 |
|   | Fax:  (415) 837-1516 |
| 5 | E-Mail: mwallace@allenmatkins.com |
|   | E-Mail: kyandell@allenmatkins.com |
| 6 |   |
| 7 | Attorneys for Defendants |
|   | FIRST AMERICAN TITLE COMPANY, FIRST |
|   | AMERICAN TITLE INSURANCE COMPANY, |
| 8 | and THE FIRST AMERICAN CORPORATION |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HUGO ZALDANA, individually, and on behalf of all others similarly situation, | Case No. 08-cv-3399 MMC |
| Plaintiff, | Hon. Maxine M. Chesney |
| vs. | **STIPULATION AND [PROPOSED] ORDER FOR SUBSTITUTION OF DEFENDANT** |
| KB HOME, a Delaware corporation; FIRST AMERICAN TITLE COMPANY, a California corporation; FIRST AMERICAN TITLE INSURANCE COMPANY, a California corporation; FIRST AMERICAN CORPORATION, a Delaware corporation; COUNTRYWIDE FINANCIAL CORPORATION, a Delaware corporation; COUNTRYWIDE HOME LOANS, a Delaware corporation; COUNTRYWIDE MORTGAGE VENTURES, L.L.C.; and COUNTRYWIDE KB HOME LOANS, an unincorporated association of unknown form, | |
| Defendants. | |

LAW OFFICES
Allen Matkins Leck Gamble
Mallory & Natsis LLP

791102.02/SF

STIPULATION AND [PROPOSED] ORDER
FOR SUBSTITUTION OF DEFENDANT

## STIPULATION

The parties to this action, through their respective attorneys of record, stipulate as follows:

1. The First American Corporation is no longer a party to this action by reason of the transfer of its rights and liabilities in this action to First American Financial Corporation.

2. First American Financial Corporation has succeeded to all rights and liabilities of The First American Corporation in this action, and subjects itself to the jurisdiction of this Court in this action.

3. The parties stipulate to the substitution of First American Financial Corporation for The First American Corporation in this action.

IT IS SO STIPULATED.

Dated: August 31 2010

ALLEN MATKINS LECK GAMBLE
MALLORY & NATSIS LLP

By: /s/ Marshall C. Wallace
MARSHALL C. WALLACE
Attorneys for Defendants
FIRST AMERICAN TITLE COMPANY,
FIRST AMERICAN TITLE INSURANCE
COMPANY, and THE FIRST AMERICAN
CORPORATION

Dated: August 31 2010

K&L GATES LLP

By:/s/ Matthew G. Ball
MATTHEW G. BALL
IRENE C. FREIDEL (admitted *pro hac vice*)
STACEY L. GORMAN (admitted *pro hac vice*)
Attorneys for Defendant KB HOME

Dated: August 31 2010

HAGENS BERMAN SOBOL SHAPIRO LLP

By:/s/ Thomas E. Loeser
THOMAS E. LOESER
Attorneys for Plaintiff HUGO ZALDANA individually, and on behalf of all other similarly situated

LAW OFFICES
**Allen Matkins Leck Gamble
Mallory & Natsis LLP**

791102.02/SF

STIPULATION AND [PROPOSED] ORDER
FOR SUBSTITUTION OF DEFENDANT

-2-

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: August 31 2010 | BRYAN CAVE LLP |
| 3 | | |
| 4 | | By:/s/ Jennifer A. Jackson<br>JENNIFER A. JACKSON<br>BRIAN RECOR |
| 5 | | Attorneys for Defendants COUNTRYWIDE FINANCIAL CORPORATION, COUNTRYWIDE HOME LOANS, COUNTRYWIDE MORTGAGE VENTURE LLC, AND COUNTRYWIDE KB HOME LOANS |

ECF CERTIFICATION: Marshall C. Wallace, the filer of this ECF Document, hereby certifies that the concurrence to this stipulation has been obtained by ECF registrants Thomas E. Loeser, Jennifer A. Jackson and Matthew G. Ball.

**ORDER**

Pursuant to the foregoing stipulation, First American Financial Corporation is substituted for The First American Corporation in this action.

**IT IS SO ORDERED**

Dated: _____ September 2, 2010

_____
Maxine M. Chesney
United States District Judge

LAW OFFICES
Allen Matkins Leck Gamble
Mallory & Natsis LLP

791102.02/SF

STIPULATION AND [~~PROPOSED~~] ORDER
FOR SUBSTITUTION OF DEFENDANT

-3-