MARSHALL C. WALLACE (BAR NO. 127103)
KEITH D. YANDELL (BAR NO. 233146)
ALLEN MATKINS LECK GAMBLE
MALLORY & NATSIS LLP
Three Embarcadero Center, 12th Floor
San Francisco, CA 94111-4074
Phone: (415) 837-1515
Fax: (415) 837-1516
E-Mail: mwallace@allenmatkins.com
kyandell@allenmatkins.com

Attorneys for Defendants
FIRST AMERICAN TITLE COMPANY, FIRST AMERICAN TITLE INSURANCE COMPANY, and FIRST AMERICAN FINANCIAL CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

HUGO ZALDANA, individually, and on behalf of all others similarly situated,

Plaintiff,

vs.

KB HOME, a Delaware corporation; FIRST AMERICAN TITLE COMPANY, a California corporation; FIRST AMERICAN TITLE INSURANCE COMPANY, a California corporation; FIRST AMERICAN CORPORATION, a Delaware corporation; COUNTRYWIDE FINANCIAL CORPORATION, a Delaware corporation; COUNTRYWIDE HOME LOANS, a Delaware corporation; COUNTRYWIDE MORTGAGE VENTURES, L.L.C.; and COUNTRYWIDE KB HOME LOANS, an unincorporated association of unknown form,

Defendants.

Case No. 08-cv-3399 MMC

**STIPULATION AND ~~[PROPOSED]~~ ORDER CONTINUING THE SEPTEMBER 24, 2010, CASE MANAGEMENT CONFERENCE ~~TO OCTOBER 29, 2010~~**

This stipulation, by and between plaintiff Hugo Zaldana ("Plaintiff") and defendants KB Home, First American Title Company, First American Title Insurance Company, First American Corporation, (collectively the "First American Defendants"), Countrywide Financial Corporation, Countrywide Home Loans, Countrywide Mortgage Ventures, LLC, and Countrywide KB Home Loans (collectively the "Countrywide Defendants") (the First American Defendants, the Countrywide Defendants, and KB Home will be referred to collectively as "Defendants") is made with reference to the following:

1. On September 24, 2010, at 10:30 a.m., a Case Management Conference is set to occur in this action;

2. On September 17, 2010, the First American Defendants and the Countrywide Defendants filed a motion to sever, which is set to be heard on October 29, 2010.

3. Due to the fact that a ruling on the First American Defendants' and the Countrywide Defendants' motion to sever has the potential to substantially alter case management issues, Plaintiff and Defendants have stipulated to continue the September 24 Case Management Conference to October 29, 2010, which is the same date as the hearing on the First American Defendants' and the Countrywide Defendants' motion to sever.

**WHEREFORE**, it is hereby stipulated as follows:

A. The Case Management Conference in the case currently scheduled for September 24, 2010 is continued to October 29, 2010 at 10:00 a.m.

Dated: September 17, 2010

ALLEN MATKINS LECK GAMBLE
MALLORY & NATSIS LLP

By: /s/Marshall C. Wallace
MARSHALL C. WALLACE
Attorneys for Defendants
FIRST AMERICAN TITLE COMPANY, FIRST AMERICAN TITLE INSURANCE COMPANY, and FIRST AMERICAN FINANCIAL CORPORATION

Dated: September 17, 2010

K&L GATES LLP

By: /s/ Matthew G. Ball
MATTHEW G. BALL
IRENE C. FREIDEL (admitted *pro hac vice)*
STACEY L. GORMAN (admitted *pro hac vice)*
Attorneys for Defendant KB HOME

Dated: September 17, 2010

BRYAN CAVE LLP

By: /s/ Jennifer A. Jackson
JENNIFER A. JACKSON
BRIAN RECOR
Attorneys for Defendants COUNTRYWIDE FINANCIAL CORPORATION, COUNTRYWIDE HOME LOANS, COUNTRYWIDE MORTGAGE VENTURE LLC, AND COUNTRYWIDE KB HOME LOANS

Dated: September 17, 2010

LAW OFFICE OF PETER B. FREDMAN

By: /s/ Peter Fredman
PETER FREDMAN
Attorneys for Plaintiff HUGO ZALDANA

ECF CERTIFICATION: Marshall Wallace, the filer of this ECF Document, hereby certifies that the concurrence to this stipulation has been obtained by ECF registrants, Peter B. Fredman, Jennifer A. Jackson, and Matthew G. Ball on behalf of their respective clients in this case.

/s/ Marshall C. Wallace
MARSHALL C. WALLACE

LAW OFFICES
**Allen Matkins Leck Gamble Mallory & Natsis LLP**

793302.01/SF

STIPULATION AND [PROPOSED] ORDER

-2-

**Order**

Pursuant to the stipulation of the parties, and good cause appearing therefore, the Case Management Conference in the case currently scheduled for September 24, 2010 is continued to ~~October 29, 2010 at 10:00 a.m.~~ December 17, 2010 at 10:30 a.m.

IT IS SO ORDERED.

DATED: September 21, 2010.

HONORABLE MAXINE M. CHESNEY
UNITED STATES DISTRICT COURT JUDGE