1  BRAD D. BRIAN (State Bar No. 79001)
   Brad.Brian@mto.com
2  GREGORY D. PHILLIPS (State Bar No. 118151)
   Gregory.Phillips@mto.com
3  BRUCE A. ABBOTT (State Bar No. 159639)
   Bruce.Abbott@mto.com
4  SHOSHANA E. BANNETT (State Bar No. 241977)
   Shoshana.Bannett@mto.com
5  MUNGER, TOLLES & OLSON LLP
   355 South Grand Avenue
6  Thirty-Fifth Floor
   Los Angeles, CA 90071-1560
7  Telephone:  (213) 683-9100
   Facsimile:   (213) 687-3702
8
   Attorneys for Defendant
9  KB HOME

10

11                 UNITED STATES DISTRICT COURT

12                 NORTHERN DISTRICT OF CALIFORNIA

13

| 14 | HUGO ZALDANA individually, and on behalf of all others similarly situated, | Case No. CV-08-3399 MMC |
|---|---|---|
| 15 | | ORDER RE: NOTICE OF SUBSTITUTION OF COUNSEL |
| 16 | Plaintiffs, | [Assigned to Hon. Maxine M. Chesney] |
| 17 | vs. | |
| 18 | KB HOME, a Delaware corporation; COUNTRYWIDE FINANCIAL CORPORATION, a Delaware corporation; COUNTRYWIDE HOME LOANS, a Delaware corporation; COUNTYWIDE MORTGAGE VENTURES, LLC, and COUNTRYWIDE KB HOME LOANS, an unincorporated association of unknown form, | |
| 23 | Defendants. | |

13229871.1

1  TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2  PLEASE TAKE NOTICE that Defendant KB Home Company hereby substitutes

3  Munger, Tolles & Olson LLP, 355 South Grand Avenue, 35th Floor, Los Angeles, California

4  90071, and Brad D. Brian (State Bar No. 79001), Gregory D. Phillips (State Bar No. 118151)

5  Bruce A. Abbott (State Bar No. 159639) and Shoshana E. Bannett (State Bar No. 241977) as the

6  attorneys of record in place of K&L Gates, 4 Embarcadero Center, Suite 1200, San Francisco, CA

7  94111, and Matthew G. Ball (State Bar No. 208881), Irene C. Freidel (admitted pro hac vice), and

8  Stacey L Gorman (admitted pro hac vice).

DATED: March 1, 2011              MUNGER, TOLLES & OLSON LLP

                                  By: /s/ Brad Brian /BDB/
                                      Brad D. Brian

                                  Attorneys for Defendant
                                  KB HOME

On behalf of K&L Gates, I consent to this substitution.

Dated: March 1, 2011              K&L Gates LLP

                                  By: /s/
                                      Matthew G. Ball

IT IS SO ORDERED
Judge Maxine M. Chesney

13229871.1                                1
NOTICE OF SUBSTITUTION OF COUNSEL

## CERTIFICATE OF SERVICE

I hereby certify that on March 1, 2011, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses registered, as denoted on the Service List.

/s Brad D. Brian
BRAD D. BRIAN

Service List:

Steve W. Berman
Tom Loeser
HAGENS BERMAN SOBOL SHAPIRO LLP
Steve@hbsslaw.com
TomLoeser@hbsslaw.com

Reed Kathrein
HAGENS BERMAN SOBOL SHAPIRO LLP
reed@hbsslaw.com

Peter B. Fredman
Law Office of Peter Fredman
peter@peterfredmanlaw.com

ATTORNEY FOR PLAINTIFFS