IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HUGO ZALDANA, individually, and on behalf of all others similarly situated,<br><br>          Plaintiff,<br><br>  v.<br><br>KB HOME, et al.,<br><br>          Defendants. | No. C-08-3399 MMC<br><br>**ORDER GRANTING PLAINTIFF'S MOTION TO AMEND; VACATING HEARING** |

Before the Court is plaintiff Hugo Zaldana's ("Zaldana") "Motion for Leave to Amend Complaint to Add Class Representatives," filed March 25, 2011. Defendants First American Title Company, First American Title Insurance Company, First American Financial Corporation, KB Home, Countrywide Financial Corporation, Countrywide Home Loans, Countrywide Mortgage Ventures, L.L.C., and Countrywide KB Home Loans have filed a notice of non-opposition to Zaldana's motion. Accordingly, Zaldana's motion for leave to amend is hereby GRANTED. Zaldana shall file and serve his Fifth Amended Complaint no later than April 22, 2011.[1]

**IT IS SO ORDERED.**

Dated: April 13, 2011

MAXINE M. CHESNEY
United States District Judge

---

[1] In light of the above, the Court VACATES the hearing currently scheduled for April 29, 2011.