IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

Hugo Zaldana, et al.,

        Plaintiff,

v.

KB Home, et al.

        Defendant.

CASE NO. C08-03399 MMC

~~(Proposed)~~
**ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE***

Charles A. Newman , whose business address and telephone number is SNR Denton US LLP, 211 North Broadway, Suite 3000, St. Louis, Missouri 63102, (314) 241-1800

and who is an active member in good standing of the bar of the State of Missouri having applied in the above-entitled action for admission to practice in the Northern District of California on a pro hac vice basis, representing First American Title Company[1]

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: June 30, 2011

                                           Hon. Maxine M. Chesney
                                           United States District Judge

---

[1] First American Title Insurance Company and First American Financial Corporation