| | |
|---|---|
| 1 | MARSHALL C. WALLACE (BAR NO. 127103) |
| | KEITH D. YANDELL (BAR NO. 233146) |
| 2 | ALLEN MATKINS LECK GAMBLE |
| |   MALLORY & NATSIS LLP |
| 3 | Three Embarcadero Center, 12th Floor |
| | San Francisco, CA  94111-4074 |
| 4 | Phone:  (415) 837-1515 |
| | Fax:  (415) 837-1516 |
| 5 | E-Mail: mwallace@allenmatkins.com |
| | E-Mail: kyandell@allenmatkins.com |
| 6 | |
| | Attorneys for Defendants |
| 7 | FIRST AMERICAN TITLE COMPANY, FIRST |
| | AMERICAN TITLE INSURANCE COMPANY, and |
| 8 | FIRST AMERICAN FINANCIAL CORPORATION |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HUGO ZALDANA, individually, and on behalf of all others similarly situation, | Case No. 08-cv-3399 MMC |
| Plaintiff, | Hon. Maxine M. Chesney |
| vs. | ~~PROPOSED~~ ORDER GRANTING REQUEST FOR WITHDRAWAL OF COUNSEL |
| KB HOME, a Delaware corporation; FIRST AMERICAN TITLE COMPANY, a California corporation; FIRST AMERICAN TITLE INSURANCE COMPANY, a California corporation; FIRST AMERICAN FINANCIAL CORPORATION, a Delaware corporation; COUNTRYWIDE FINANCIAL CORPORATION, a Delaware corporation; COUNTRYWIDE HOME LOANS, a Delaware corporation; COUNTRYWIDE MORTGAGE VENTURES, L.L.C.; and COUNTRYWIDE KB HOME LOANS, an unincorporated association of unknown form,, | |
| Defendants. | |

1  Having reviewed and considered the Request for Withdrawal of Counsel filed by Allen
2  Matkins Leck Gamble Mallory & Natsis LLP in the above-captioned case,
3  IT IS HEREBY ORDERED:
4  Allen Matkins Leck Gamble Mallory & Natsis LLP, as counsel of record for First
5  American Title Company, First American Title Insurance Company and First American Financial
6  Corporation in the above-captioned case, shall be and is hereby permitted to withdraw as counsel
7  of record for First American Title Company, First American Title Insurance Company and First
8  American Financial Corporation.  SNR Denton US LLP will continue their representation as
9  counsel of record for First American Title Company, First American Title Insurance Company and
10 First American Financial Corporation.

12 Dated: ~~July~~ August 1, 2011.

*[signature]*
HON. MAXINE M. CHESNEY
JUDGE, UNITED STATES DISTRICT COURT