Steven H. Frankel (SBN 171919)
steven.frankel@snrdenton.com
Ian R. Barker (SBN 240223)
ian.barker@snrdenton.com
SNR DENTON US LLP
525 Market Street, 26th Floor
San Francisco, California 94105-2708
Telephone:  (415) 882-5000
Facsimile:   (415) 882-0300

Charles A. Newman (*Pro Hac Vice*)
charles.newman@snrdenton.com
Michael J. Duvall (SBN 276994)
michael.duvall@snrdenton.com
SNR DENTON US LLP
211 North Broadway, Suite 3000
St. Louis, Missouri 63102-2741
Telephone:  (314) 241-1800
Facsimile:   (314) 259-5959

Attorneys for Defendants
FIRST AMERICAN TITLE COMPANY, FIRST
AMERICAN TITLE INSURANCE
COMPANY, and FIRST AMERICAN
FINANCIAL CORPORATION

[Additional counsel listed on next page]

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| HUGO ZALDANA, *et al.*,<br><br>　　　　　　　Plaintiffs,<br><br>　v.<br><br>KB HOME, *et al.*,<br><br>　　　　　　　Defendants. | Case No. C08-03399-MMC<br><br>**CLASS ACTION**<br><br>**STIPULATION AND ORDER RESETTING BRIEFING SCHEDULE FOR DEFENDANTS' MOTION TO STAY PROCEEDINGS AND RENOTICING HEARING**<br><br>Date:  August 26, 2011<br>Time:  9:00 a.m.<br>Place:  Courtroom 7<br>Hon. Maxine M. Chesney |

1  Joel D. Siegel (SBN 155581)
   joel.siegel@snrdenton.com
2  Andrew Z. Edelstein (SBN 218023)
   andrew.edelstein@snrdenton.com
3  SNR DENTON US LLP
   601 South Figueroa, Suite 2500
4  Los Angeles, California 90017-5704
   Telephone:  (213) 623-9300
5  Facsimile:   (213) 623-9924

6  Attorneys for Defendants
   FIRST AMERICAN TITLE COMPANY, FIRST
7  AMERICAN TITLE INSURANCE
   COMPANY, and FIRST AMERICAN
8  FINANCIAL CORPORATION

## RECITALS

1. This stipulation concerns the resetting of the briefing schedule for Defendants' Motion to Stay and renoticing of the hearing date for such motion in light of the agreement in principle to settle this action that the parties reached on August 4, 2011.

2. On July 21, 2011, Defendants filed their Motion to Stay (the "Motion").  Hearing on the Motion was set for August 26, 2011 at 9:00 a.m.  Since the time of that filing, the parties have been engaged in negotiations to resolve the case and reached an agreement in principle to settle this action yesterday.  Accordingly, the parties agreed there was no need to prepare an opposition to the Motion to be filed on August 4, 2011, the current deadline.

3. To enable the parties to complete a final settlement agreement, the parties request that the briefing schedule for the Motion be reset as follows with the hearing date renoticed for September 9, 2011.

> Plaintiffs' Opposition due:         August 18, 2011
>
> Defendants' Reply due:              September 1, 2011

## **STIPULATION**

THEREFORE, the parties stipulate and request that the Court order as follows:

1. Good cause exists to grant the parties' request to reset the briefing schedule for Defendants' Motion to Stay and renotice the hearing date.

CASE NO. C08-03399-MMC                                       STIPULATION AND ORDER
                                                      RESETTING BRIEFING SCHEDULE

2. The hearing date for the Motion to Stay is renoticed to September 9, 2011. Plaintiffs' opposition to the Motion to Stay shall be filed on August 18, 2011. Defendants' reply to the Motion to Stay shall be filed on September 1, 2011.

3. No other deadlines or dates set by the Court are or will be affected by this Order and Stipulation.

**IT IS SO STIPULATED**

DATED: August 5, 2011          HAGENS BERMAN SOBOL SHAPIRO LLP


By: /s/ Thomas E. Loeser
   Steve W. Berman
   Thomas E. Loeser


LAW OFFICE OF PETER FREDMAN

   Peter B. Fredman

Attorneys for Plaintiff HUGO ZALDANA

DATED: August 5, 2011          MUNGER, TOLLES & OLSON LLP


By: /s/ Bruce A. Abbott
   Bruce A. Abbott
   Attorneys for Defendant KB HOME


DATED: August 5, 2011          BRYAN CAVE LLP

By: /s/ Jennifer A. Jackson
   Jennifer A. Jackson
   Attorneys for Defendants COUNTRYWIDE FINANCIAL CORPORATION; COUNTRYWIDE HOME LOANS, INC.; COUNTRYWIDE MORTGAGE VENTURES, L.L.C.; and COUNTRYWIDE KB HOME LOANS, a Series of COUNTRYWIDE MORTGAGE VENTURES L.L.C.

CASE NO. C08-03399-MMC          STIPULATION AND ORDER RESETTING BRIEFING SCHEDULE

DATED: August 5, 2011    SNR DENTON US LLP

By: /s/ Ian R. Barker
Ian R. Barker
Attorneys for Defendants FIRST AMERICAN TITLE COMPANY, FIRST AMERICAN TITLE INSURANCE COMPANY and FIRST AMERICAN FINANCIAL CORPORATION

### ORDER

1. The hearing on Defendants' Motion to Stay is renoticed to September 9, 2011.

2. Plaintiffs' Opposition to the Motion to Stay shall be filed August 18, 2011. Defendants' Reply to the Motion to Stay shall be filed September 1, 2011.

**IT IS SO ORDERED**

Date: August 5, 2011

Hon. Maxine M. Chesney
U.S. DISTRICT JUDGE

ECF CERTIFICATION: I, Ian R. Barker, the filer of this ECF Document, hereby certify that the concurrence to this stipulation has been obtained by the above ECF registrants on behalf of their respective clients in this case.

/s/ Ian R. Barker
Ian R. Barker

27373706

CASE NO. C08-03399-MMC    STIPULATION AND ORDER RESETTING BRIEFING SCHEDULE