Steve W. Berman
Thomas E. Loeser (SB #202724)
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Fifth Avenue, Suite 2900
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com
toml@hbsslaw.com

Peter B. Fredman (SB #189097)
LAW OFFICE OF PETER FREDMAN
125 University Avenue, Suite 102
Berkeley, CA 94710
Telephone: (510) 868-2626
Facsimile: (510) 868-2627
peter@peterfredmanlaw.com

Attorneys for Plaintiffs
HUGO ZALDANA, JOHN SERMENO,
and REJA and ADRIENNE IMPERIAL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HUGO ZALDANA, *et al*,<br>　　　　　　　　Plaintiffs,<br>　　v.<br>KB HOME, *et al*,<br>　　　　　　　　Defendants. | No. 08-cv-3399 MMC<br>**ORDER RE**<br>**NOTICE OF SETTLEMENT AND**<br>**STIPULATION FOR VOLUNTARY**<br>**DISMISSAL WITH PREJUDICE**<br>Hon. Maxine M. Chesney |

1 | Plaintiffs and Defendants hereby notify the Court that the parties have settled this action and hereby stipulate to dismiss this action, with prejudice, pursuant to Federal Rule of Procedure 41(a). Each party to bear its own costs.

IT IS SO STIPULATED

DATED:  August 26, 2011

        HAGENS BERMAN SOBOL SHAPIRO LLP

        LAW OFFICE OF PETER FREDMAN

        By: /S/ Peter Fredman
            Peter B. Fredman
            Attorneys for Plaintiffs HUGO ZALDANA, JOHN SERMENO, and REJA and ADRIENNE IMPERIAL

DATED: August 26, 2011

        SNR DENTON US LLP

        By: /S/ Ian R. Barker
            Ian R. Barker
            Attorneys for Defendants FIRST AMERICAN TITLE COMPANY, FIRST AMERICAN TITLE INSURANCE COMPANY and FIRST AMERICAN FINANCIAL CORPORATION

DATED: August 26, 2011

        MUNGER, TOLLES & OLSON LLP

        By: /S/ Bruce A. Abbott
            Bruce A. Abbott
            Attorneys for Defendant KB HOME

DATED: August 26, 2011

BRYAN CAVE LLP

By: /S/ Jennifer A. Jackson
Jennifer A. Jackson
Attorneys for Defendants COUNTRYWIDE FINANCIALCORPORATION;COUNTRYWIDE HOME LOANS, INC.; COUNTRYWIDE MORTGAGE VENTURES, LLC; and COUNTRYWIDE KB HOME LOANS, a series of COUNTRYWIDE MORTGAGE VENTURES, LLC

ECF CERTIFICATION:  I, Peter Fredman, the filer of this ECF Document, hereby certify that the concurrence to this stipulation has been obtained by the above ECF registrants on behalf of their respective clients in this case.

/s/ Peter Fredman
Peter Fredman

Dated:  August 29, 2011

IT IS SO ORDERED
Judge Maxine M. Chesney
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA